[Civ. Nos. 1057, 1056, 1055.  First Appellate District.—August 15, 1911.]

WILLIAM M. ABBOTT, Petitioner, v. SUPERIOR COURT OF THE CITY AND COUNTY OF SAN FRANCISCO et al., Respondents; THORNWELL MULLALLY, Petitioner, v. SUPERIOR COURT OF THE CITY AND COUNTY OF SAN FRANCISCO et al., Respondents; PATRICK CALHOUN, Petitioner, v. SUPERIOR COURT OF THE CITY AND COUNTY OF SAN FRANCISCO et al., Respondents.

MANDAMUS—DISMISSAL OF INDICTMENTS.—It is held, on the same facts appearing in these cases as in the case of *Tirey L. Ford* v. *Superior Court et al., ante,* p. 1, and on the authority of that case, that a peremptory mandate must issue to the judge of the superior court, respondent, requiring the dismissal of all indictments against each one of the petitioners above named, pending in said superior court of the city and county of San Francisco.

PETITIONS for writs of mandate to compel the dismissal of all indictments against each of the petitioners pending in the Superior Court of the City and County of San Francisco. Wm. P. Lawlor, Judge.

The facts are similar to those stated in the opinion in *Ford* v. *Superior Court, ante,* p. 1.

Garret McEnerney, A. A. Moore, and Stanley Moore, for Petitioners.

C. M. Fickert, District Attorney, and Fred L. Berry, Assistant District Attorney, for Respondents.

LENNON, P. J.—The respective petitions of William M. Abbott, Thornwell Mullally, and Patrick Calhoun for a writ of mandate, directed to the superior court of the city and county of San Francisco, requiring a dismissal of certain indictments for felony pending in said court against petitioners, were submitted for decision with the case of Tirey L. Ford, this day decided.

In point of law and fact the cases are practically identical. The differences are nonessential. In the case of Patrick Calhoun he was once tried. In the cases of the other petitioners they were never given even a single trial. For the reasons stated in the case of *Tirey L. Ford* versus *Superior Court of the City and County of San Francisco et al.* (No. 1052), *ante,* p. 1, [118 Pac. 96], the prayer of each petitioner is granted, and it is ordered that a peremptory writ of mandate issue out of this court and under the seal thereof, directed to the superior court of the city and county of San Francisco and to the Honorable Wm. P. Lawlor, judge thereof, directing and commanding the dismissal of all the indictments pending against these petitioners and each of them.

Chipman, J., and Kerrigan, J., concurred.